UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robin Mitchell

   v.                                        Case No. 21-cv-1068-LM

Janet Hill, et al


ORDER


   No objection having been filed, I herewith approve the Report and

Recommendation of Magistrate Judge Andrea K. Johnstone dated April 25,

2022 (Doc. No. 5).  For the reasons explained therein, the plaintiff's

Amended Complaint (Doc. No. 4) is dismissed for failure to state a

claim upon which relief can be granted. Additionally, the Court

declines to exercise supplemental jurisdiction over the state law

claims and therefore dismisses those claims without prejudice.

   The clerk is directed to enter judgment in accordance with this

Order and close the case.

   "'[O]nly those issues fairly raised by the objections to the

magistrate's report are subject to review in the district court and

those not preserved by such objection are precluded on appeal.'"

School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st

Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848

F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to

file a specific objection to magistrate's report will waive the right

to appeal).

_____
Landya B. McCafferty
Chief Judge

Date: May 12, 2022

cc: Robin Mitchell, pro se